# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRENCE LOFTON

VERSUS

ASSOCIATED GROCERS, INC.

NO.  2025 CW 0485

**JULY 28, 2025**

---

In Re:   Associated Grocers, Inc., applying for supervisory writs, Office of Workers' Compensation, District 5, NO. 23-01784.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

**MRT**
**WIL**

**Miller, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT